Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

Will White, SBN 271741
**LAW OFFICES OF MARK RENNIE**
870 Market St. Suite 1260
San Francisco, CA 94102
Tel: (415) 981-4500
willwhite@willwhitelaw.com
**Attorneys for Defendants**
**Ricci Cornell and Corzac, Inc.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**RICCI CORNELL, et al.,**<br><br>Defendants. | **CASE NO.  4:10-CV-05460-CW**<br><br>**STIPULATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER**<br><br>**FOR:   HON. CLAUDIA WILKEN** |

**TO THE HONORABLE CLAUDIA WILKEN:**

By and through their counsel, Plaintiff J & J Sports Productions, Inc., and Defendants Ricci Cornell, individually and d/b/a Blondies Jazz Bar, and Corzac, Inc., an unknown business entity d/b/a Blondies Jazz Bar hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case Management Conference presently set for March 29, 2011 at 2:00 PM.

The request for the brief continuance is necessitated by the fact that counsel for the Parties have been engaged in settlement discussions and request additional time to conclude same.

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule Case Management Conference, presently scheduled for March 29, 2011 at 2:00 PM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully Submitted,

Dated: March 21, 2011          */s/ Thomas P. Riley*
                               **LAW OFFICES OF THOMAS P. RILEY**
                               By: Thomas P. Riley
                               Attorneys for Plaintiff
                               J & J Sports Productions, Inc.

Dated: March 21, 2011          */s/ Will White*
                               **LAW OFFICES OF MARK RENNIE**
                               By: Will White
                               Attorneys for Defendants
                               Ricci Cornell and
                               Corzac, Inc.

///
///
///
///
///
///
///
///
///
///

1

## ORDER

2     It is hereby ordered that the Case Management Conference in civil action number 4:10-cv-

3 05460-CW styled *J & J Sports Productions, Inc. v. Ricci Cornell, et al.*, is hereby continued from 2:00

4 PM, March 29, 2011 to **April 26, 2011**.

5

6 **IT IS SO ORDERED**:

7

8

9 _____          Dated:  March 25, 2011

10 **The Honorable Claudia Wilken**
**United States District Court**

11 **Northern District of California**

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28