IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


J AND J SPORTS PRODUCTION,                    No. C 10-05460 CW

          Plaintiff,                          CONDITIONAL ORDER
                                              OF DISMISSAL
     v.

RICCI CORNELL,

          Defendant.
_____/


          The parties hereto, by their counsel, having advised the

Court that they have agreed to a settlement of this cause,

     IT IS HEREBY ORDERED that this cause be dismissed with prejudice;

provided, however, that if any party hereto shall certify to this

Court, with proof of service of a copy thereon on opposing counsel,

within 90 days from the date hereof, that the agreed consideration for

said settlement has not been delivered over, the foregoing Order shall

stand vacated and this cause shall forthwith be restored to the

calendar to be set for trial.

     IT IS SO ORDERED.


Dated: 4/19/2011

                              CLAUDIA WILKEN
                              United States District Judge